# SETH GINSBERG
ATTORNEY AT LAW

December 3, 2019

Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York

Application granted.

SO ORDERED.

*Cathy Seibel*

CATHY SEIBEL, U.S.D.J.

12/4/19

Re:  *United States v. Steven D. Crea, et al.*, **17-CR-89 (CS)**

Dear Judge Seibel:

     Along with Joseph DiBenedetto, Esq., I represent Steven D. Crea in the referenced action. Sentencing in this matter is scheduled for December 19, 2019. Consequently, pursuant to the Court's rules, Crea's sentencing submission is due on Thursday, December 5, 2019. Due to the timing of our receipt of letters in support of Crea, it would be difficult for counsel to complete Crea's submission by December 5, 2019. Crea, however, would prefer not to adjourn his sentencing. We, therefore, respectfully request that the Court permit counsel to file Crea's sentencing submission on Monday, December 9, 2019. We have conferred with counsel for the government and they consent to this request.

Respectfully,


s/Seth Ginsberg
Joseph DiBenedetto

cc:   All Counsel (via ECF)