THE LAW OFFICE OF
## JOSEPH DIBENEDETTO, P.C
THE WOOLWORTH BUILDING
233 BROADWAY, SUITE 2707
NEW YORK, NEW YORK 10279
WWW.DIBENEDETTOLAW.COM

JOSEPH DIBENEDETTO*
*ADMITTED IN NY, NJ & DC

EDWARD S. PANZER
MARIO J. DEROSSI
OF COUNSEL

TELEPHONE: (212) 608-5858

FACSIMILE: (212) 732-5431

**Sentencing adjourned to 1/23/20 at 10 am.**

**SO ORDERED.**

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.
12/5/19

December 5, 2019

**VIA ECF & EMAIL**
Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York

        Re:  *United States v. Steven D. Crea, et al.*,
             17-CR-89 (CS)

Dear Judge Seibel:

    We are writing to follow-up on our December 3, 2019 letter, which requested a brief extension of time to file Crea's sentencing memorandum. Since the filing of that letter, we have come to realize that the Department of Probation is scheduled to produce the second disclosure of Crea's Presentence Report (PSR) on December 6, 2019.[1] The date of this disclosure does not provide defense counsel with sufficient opportunity to review the PSR with Crea prior to filing our sentencing submission.

    Accordingly, we are respectfully requesting an adjournment of sentencing in this matter until a date and time convenient for the court in late January 2020 or thereafter.

---

[1] To be clear, we are not suggesting that the Department of Probation has not timely provided Crea with the PSR. The Department of Probation has been diligent in providing counsel with the report. At the time counsel consented to amending the disclosure dates, counsel failed to account for this Court's requirement that sentencing submissions be filed two weeks in advance of sentencing.

## JOSEPH DIBENEDETTO, P.C

  We have spoken with government counsel and they have no objection to the instant request.

  We apologize for any confusion and/or inconvenience we may have caused.

Respectfully submitted,

s/_____
Joseph DiBenedetto

cc: Government counsel
   (*Via* Email)